**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA CHRISTINA GARZON-SAAVEDRO, a.k.a. Maria Cristina Garzon Saavedra, a.k.a. Maria Garzon-Saavedro, a.k.a. Maria Cristina Garzon-Saavedro,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 10-73416<br><br>Agency No. A095-811-187<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 17, 2012[**]

Before:     LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Maria Christina Garzon-Saavedro, a native and citizen of Colombia,

petitions pro se for review of the Board of Immigration Appeals' ("BIA") order

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissing her appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Garzon-Saavedro waived any challenge to the BIA's dispositive determination that her appeal was untimely. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir. 1996) (issues that are not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DENIED.**